# In The United States Court of Federal Claims

No. 09-460C

(Filed: October 21, 2010)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, Trustee, *et al.*,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

On October 19, 2010, the parties filed a joint status report alerting the court to the Federal Circuit's issuance of a mandate in *Fauvergue v. United States* and requesting the court to extend its stay pending a decision by defendant in *Fauvergue* of whether to file a writ of certiorari. The parties' request is hereby **GRANTED.** On or before January 10, 2011, the parties shall file a joint status report indicating how this case should proceed.

    **IT IS SO ORDERED.**

                                                 s/ Francis M. Allegra_____
                                                 Francis M. Allegra
                                                 Judge