# In The United States Court of Federal Claims

No. 09-460C

(Filed: January 28, 2011)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, Trustee, *et al.*,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

On January 10, 2011, the parties filed a joint status report requesting that the stay be lifted. The court hereby restores this case to the active docket. Accordingly:

1. On or before February 15, 2011, defendant shall file a response to plaintiffs' amended complaint; and

2. On or before February 28, 2011, plaintiffs shall file their reply in support of their motion to certify the class.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge