# In The United States Court of Federal Claims

No. 09-460L

(Filed: March 8, 2011)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, Trustee, *et al.,*

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Thursday, March 17, 2011, at 2:00 p.m. (EST). The parties, and in particular, defendant shall be prepared to discuss how this case differs from other rails-to-trails cases in which defendant has readily agreed to the certification of a class, including *Burgess v. United States*, No. 09-242L, *Carolina Plating v. United States*, No. 09-152L, and *McClurg v. United States*, No. 10-156L, to name but a few.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge