# In The United States Court of Federal Claims

No. 09-460L

(Filed: May 2, 2011)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, Trustee, *et al.,*
On behalf of themselves and all other
similarly situated persons,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Wednesday, May 11, 2011, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge