# In The United States Court of Federal Claims

No. 09-460L

(Filed: May 16, 2011)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                      Plaintiff,

                v.

THE UNITED STATES,

                      Defendant.

_____

**ORDER**

_____

On March 23, 2011, the court certified the class in this proceeding. On April 25, 2011, the parties filed a joint status report proposing a schedule and attaching a proposed class notice and opt-in form. On May 11, 2011, the court also approved the class notice and opt-in form. Accordingly:

1. On or before May 20, 2011, class counsel shall compile a List of Potential Class Members and provide defendant with a copy of the list. The list shall include the names of the individual or entity, the current or last known mailing address, and "property ID" or "parcel ID;"

2. On or before May 27, 2011, class counsel shall mail the class notice and opt-in form to each potential class member;

3. On or before June 3, 2011, class counsel shall file an affidavit certifying that the class notice mailings have been made;

4. On or before August 3, 2011, those who wish to opt-in to the class as a class member shall submit the completed opt-in form to class counsel;

5. On or before August 17, 2011, class counsel shall file a Draft Claim Book, which shall include the following information for each class member:

   a. A copy of the opt-in form completed and submitted by the class member to class counsel;

   b. The property or parcel ID number assigned by the city or local government to the property;

   c. A map showing the location of the property relative to the subject right-of-way and including the street address or nearest street intersection;

   d. Title documentation showing that the class member was the owner of land adjacent to or traversed by the subject right-of-way on July 29, 2003; and

   e. Title documentation showing that the class member is the owner of a portion of the subject right-of-way that the railroad acquired and held only as an easement.

6. On or before September 16, 2011, defendant shall file any objections to the initial eligibility of a class member due to title based on the information contained in the Draft Claim Book. The parties shall attempt to resolve any objections; and

7. On or before September 23, 2011, class counsel shall file its responses to defendant's objections, or, alternatively, if all such objections have been resolved, the parties shall file a joint status report regarding initial eligibility, identifying all plaintiffs the parties have determined to be ineligible.

**IT IS SO ORDERED.**

                s/ Francis M. Allegra
                Francis M. Allegra
                Judge