# In The United States Court of Federal Claims

No. 09-460L

(Filed:  May 16, 2011)
_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                          Plaintiff,

          v.

THE UNITED STATES,

                          Defendant.

_____

**ORDER**

_____


          On May 11, 2011, a telephonic status conference was held in this case.  Participating in the conference were Mark F. Hearne, on behalf of plaintiff, and Joseph N. Watson, on behalf of defendant.  Pursuant to discussions during this conference, the court adopts the following schedule:

    1.     On or before August 17, 2011, plaintiff shall file a motion for partial
           summary judgment on liability issues in this case;

    2.     On or before September 14, 2011, defendant shall file its cross-motion for
           summary judgment and its response to plaintiff's motion for partial
           summary judgment;

    3.     On or before October 12, 2011, plaintiff shall file its response to
           defendant's cross-motion and its reply to its motion; and

4.       On or before October 26, 2011, defendant shall file its reply to its cross-
         motion.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge