# In The United States Court of Federal Claims

No. 09-460L

(Filed:  August 11, 2011)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                Plaintiff,

           v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

       On August 9, 2011, plaintiff filed an unopposed motion for extension of time for its motion for partial summary judgment.  The motion is hereby **GRANTED**.  Accordingly:

1. On or before August 31, 2011, plaintiff shall file a motion for partial summary judgment on liability issues in this case;

2. On or before September 28, 2011, defendant shall file its cross-motion for summary judgment and its response to plaintiff's motion for partial summary judgment;

3. On or before October 26, 2011, plaintiff shall file its response to defendant's cross-motion and its reply to its motion; and

4. On or before November 9, 2011, defendant shall file its reply to its cross-motion.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge