# In The United States Court of Federal Claims

No. 09-460L

(Filed: August 31, 2011)
_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                Plaintiffs,

                v.

THE UNITED STATES,

                Defendant.
_____

**ORDER**
_____

On August 23, 2011, the parties filed a joint motion for extension of time to pursue joint stipulations on liability. The motion is hereby **GRANTED**. Accordingly:

1. On or before September 9, 2011, the parties shall file their joint stipulations;

2. On or before September 19, 2011, plaintiffs shall file a motion for partial summary judgment on liability issues in this case;

3. On or before October 17, 2011, defendant shall file its cross-motion for summary judgment and its response to plaintiffs' motion for partial summary judgment;

4. On or before November 14, 2011, plaintiffs shall file its response to defendant's cross-motion and its reply to its motion; and

5. On or before November 28, 2011, defendant shall file its reply to its cross-motion.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge