# In The United States Court of Federal Claims

No. 09-460L

(Filed: September 15, 2011)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                Plaintiffs,

                v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On September 14, 2011, plaintiffs filed an unopposed motion for extension of time to file their Motion for Partial Summary Judgment and for the government to file its response. The motion is hereby **GRANTED**. Accordingly:

1. On or before October 3, 2011, plaintiffs shall file a motion for partial summary judgment on liability issues in this case;

2. On or before October 31, 2011, defendant shall file its cross-motion for summary judgment and its response to plaintiffs' motion for partial summary judgment;

3. On or before November 28, 2011, plaintiffs shall file its response to defendant's cross-motion and its reply to its motion; and

4. On or before December 12, 2011, defendant shall file its reply to its cross-motion.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge