# In The United States Court of Federal Claims

No. 09-460L

(Filed: October 3, 2011)
_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.
_____

**ORDER**
_____

On September 30, 2011, plaintiffs filed an unopposed motion for extension of time to file their Motion for Partial Summary Judgment and for defendant to file its response. The motion is hereby **GRANTED**. Accordingly:

1. On or before October 7, 2011, plaintiffs shall file a motion for partial summary judgment on liability issues in this case;

2. On or before November 4, 2011, defendant shall file its cross-motion for summary judgment and its response to plaintiffs' motion for partial summary judgment;

3. On or before December 2, 2011, plaintiffs shall file its response to defendant's cross-motion and its reply to its motion; and

4. On or before December 16, 2011, defendant shall file its reply to its cross-motion.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra      
                                                  Francis M. Allegra
                                                  Judge