# In The United States Court of Federal Claims

No. 09-460L

(Filed: October 31, 2011)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                      Plaintiffs,

                      v.

THE UNITED STATES,

                      Defendant.

_____

**ORDER**

_____

On October 28, 2011, defendant filed an unopposed motion for extension of time to file its cross-motion and response to plaintiffs' motion for partial summary judgment. The motion is hereby **GRANTED**. Accordingly:

1. On or before November 18, 2011, defendant shall file its cross-motion for summary judgment and its response to plaintiffs' motion for partial summary judgment;

2. On or before December 16, 2011, plaintiffs shall file their response to defendant's cross-motion and their reply to defendant's motion; and

3. On or before January 3, 2012, defendant shall file its reply to its cross-motion.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge