Case 1:09-cv-00460-FMA   Document 64   Filed 06/25/12   Page 1 of 1

# In The United States Court of Federal Claims

No. 09-460L

(Filed: June 25, 2012)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                Plaintiffs,

     v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      Defendant's pending cross-motion for partial summary judgment, filed November 21, 2011, indicates that only one claim is outstanding, as "[t]he parties have filed stipulations for the remaining issues." However, while the document this statement refers to, Docket Item No. 51, was filed as "Joint Stipulations" on November 18, 2011, the document itself is entitled "[Draft] Joint Stipulations of Fact and Law" (brackets in original). To remove any ambiguity as to the legal effect of this document, on or before June 27, 2012, the parties shall indicate whether the aforementioned document is the final stipulation or a draft.

      **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge