# In The United States Court of Federal Claims

No. 09-460L

(Filed: November 28, 2012)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On or before December 21, 2012, the parties shall file a joint status report on how this case should proceed, with a proposed schedule.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge