# In The United States Court of Federal Claims

No. 09-460L

(Filed: January 2, 2013)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                  Plaintiffs,

        v.

THE UNITED STATES,

                  Defendant.

_____

**ORDER**

_____

On December 21, 2012, the parties filed a joint status report requesting consolidation of this case with *Hodges v. United States*. A review of the docket in that case (which reveals details not discussed in the parties' report) confirms the court's prior judgment that consolidation is not appropriate. On or before January 9, 2013, the parties shall file a joint status report proposing a schedule for this case. If the report filed does not provide that schedule, the court will supply it.

Should the parties still believe that Ms. Brady's case should be severed and a final judgment entered therein, they shall file an appropriate motion to that effect.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge