# In The United States Court of Federal Claims

No. 09-460L

(Filed: January 14, 2013)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

        Plaintiffs,

    v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 9, 2013, the parties filed a joint status report requesting until March 29, 2013, to propose a schedule for further proceedings. Accordingly:

1. On or before March 29, 2013, the parties shall file a joint status report;

2. If that joint status report indicates the parties anticipate settlement, no schedule need be proposed;

3. If that joint status report indicates the parties do not anticipate settlement, it shall include a proposed schedule for further proceedings.

**IT IS SO ORDERED.**

                      s/ Francis M. Allegra
                      Francis M. Allegra
                      Judge