# In The United States Court of Federal Claims

No. 09-460L

(Filed: April 4, 2013)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On March 29, 2013, the parties filed a joint status report requesting until April 12, 2013, to propose a schedule for further proceedings. Accordingly:

1. On or before April 12, 2013, the parties shall file a joint status report;

2. If that joint status report indicates the parties have reached a comprehensive settlement, no schedule need be proposed;

3. If that joint status report indicates the parties have not reached a comprehensive settlement, it shall include a proposed schedule for further proceedings.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge