# In The United States Court of Federal Claims

No. 09-460L

(Filed:  April 12, 2013)
_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant.
_____

**ORDER**
_____

On April 11, 2013, the parties filed a joint status report requesting until May 1, 2013, to inform the court whether a comprehensive settlement has been reached.  Accordingly:

1.      On or before May 1, 2013, the parties shall file a joint status report;

2.      If that joint status report indicates the parties have reached a comprehensive settlement, no schedule need be proposed; and

3.      If that joint status report indicates the parties have not reached a comprehensive settlement, it shall include a proposed schedule for further proceedings.

**No further enlargements of this deadline will be granted** unless parties inform the court that as of the date of the joint status report, all that remains in reaching a comprehensive settlement is administrative processing.

      **IT IS SO ORDERED.**

                            s/ Francis M. Allegra
                            Francis M. Allegra
                            Judge