# In The United States Court of Federal Claims

No. 09-460L

(Filed: May 7, 2013)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                          Plaintiffs,

               v.

THE UNITED STATES,

                          Defendant.

_____

**ORDER**

_____

      On April 30, 2013, the parties filed a joint status report requesting until June 3, 2013, to inform the court whether a comprehensive settlement has been approved by the Department of Justice official with settlement authority. Today, a status conference was held in this case. Participating in the conference were Mark Hearne, for plaintiffs, and Joseph Watson, for defendant. Pursuant to discussions during the conference:

1. On or before June 3, 2013, the parties shall file a joint status report;

2. If that joint status report indicates the Department of Justice has approved a comprehensive settlement agreement, no schedule need be proposed; and

3. If that joint status report indicates the Department of Justice has not approved a comprehensive settlement agreement, it shall include a proposed schedule for further proceedings.

**IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge