# In The United States Court of Federal Claims

No. 09-460L

(Filed: June 5, 2013)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

              Plaintiffs,

    v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

On June 4, 2013, the parties filed a joint status report. On or before June 12, 2013, the parties shall file a joint status report on the status of settlement proceedings in this case.

    **IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge