# In The United States Court of Federal Claims

No. 09-460L

(Filed: June 14, 2013)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                Plaintiffs,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On June 12, 2013, the parties filed a joint status report regarding the status of their comprehensive settlement proposal. On or before July 10, 2013, and every 28 days thereafter, the parties shall file a joint status report regarding the status of their settlement in this case.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge