# In The United States Court of Federal Claims

No. 09-460L

(Filed: July 16, 2013)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Wednesday, July 31, 2013, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                  s/ Francis M. Allegra
                                  Francis M. Allegra
                                  Judge