# In The United States Court of Federal Claims

No. 09-460L

(Filed: November 12, 2013)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                Plaintiffs,

            v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Tuesday, November 19, 2013, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge