# In The United States Court of Federal Claims

No. 09-460L

(Filed: November 19, 2013)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                      Plaintiffs,

              v.

THE UNITED STATES,

                      Defendant.

_____

**ORDER**

_____

      Today, a telephonic status conference was held in this case. Participating for plaintiff was Mark Hearne, II, and for defendant was Joseph Watson. Pursuant to the discussion, on or before December 6, 2013, the parties shall file a joint status report indicating the status of the settlement approval process.

      **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge