# In The United States Court of Federal Claims

No. 09-460L

(Filed:  December 19, 2013)

_____

DOUGLAS R. BIGELOW TRUST,
JAMIE MORTENSON, *et al.*,
On behalf of themselves and all other
similarly situated persons,

                      Plaintiffs,

             v.

THE UNITED STATES,

                      Defendant.

_____

**ORDER**

_____

       On December 18, 2013, the parties filed a joint motion for preliminary approval of the parties' proposed class action settlement and a proposed notice plan and Notice of Settlement to be mailed to the class members under that plan.  In response to this motion, the court hereby orders the following:

    1.    The court hereby approves the proposed notice and authorizes the parties to disseminate it to class members, contingent on modifying the notice to indicate that the response form shall be returned to the Clerk of this court at the following address: Clerk of the Court, United States Court of Federal Claims, Howard T. Markey National Courts Building, ATTN: Judge Allegra (*Douglas R. Bigelow et al. v. United States* material enclosed), 717 Madison Place, NW, Room 103, Washington, D.C. 20439;

    2.    The parties shall indicate on the notice and response form mailed to class members that their comments and objections, if any, are due by January 21, 2014;

    3.    The Clerk shall file all comments received from class members and effectuate service to the parties via the CM/ECF system; and

    4.    A telephonic fairness hearing will be held in this case on January 28, 2014, at 10:00 a.m. (EST).  The court will contact the parties, and any

class member who has indicated an intention to participate in the hearing, shortly before the hearing is to begin.

**IT IS SO ORDERED.**

s/ Francis M. Allegra  
Francis M. Allegra  
Judge